```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 06482
   JANEL MCCOLLUM SMITH
   LARRY SMITH                                   CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6258    SSN XXX-XX-2286

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 03/19/2008 and was not confirmed.

      The case was dismissed without confirmation 05/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
ARGENT MORTGAGE            CURRENT MORTG        .00            .00           .00
ARGENT MORTGAGE            SECURED NOT I        .00            .00           .00
CITI RESIDENTIAL LENDING   CURRENT MORTG        .00            .00           .00
CITI RESIDENTIAL LENDING   SECURED NOT I   22693.09            .00           .00
CONSUMER PORTFOLIO SERV    SECURED NOT I   17089.56            .00           .00
CPS                        UNSECURED       NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         186.32            .00           .00
PRO SE DEBTOR              DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                           RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                   .00
TRUSTEE COMPENSATION                             .00
DEBTOR REFUND                                    .00
                         ---------------   ---------------
TOTALS                        .00                .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 06482 JANEL MCCOLLUM SMITH & LARRY SMITH

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 08/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE